FILED

09/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0010

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0010

_____

IN RE THE MARRIAGE OF:

DAWN E. PHILLIPS,

      Petitioner and Appellee,

  and

FRANK M. BUCKNUM,

      Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James A. Manley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 23 2020